# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0592
Lower Tribunal No. 2024-CA-005279

_____

AURA GUEVARA,

Appellant,

v.

BODENVY, LLC d/b/a BODENVY COOLSCULPTING DR. PHILLIPS - ORLANDO,
HELENA KUCIK, and JAMES KUCIK,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Louiza Tarassova, of Lou Law, Winter Park, for Appellant.

Alyssa M. Reiter, of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED